Chicago Title & Trust Company, trustee under the will of William J. Hynes et al., appellees, v. Wilma J. Hynes et al., on appeal of Fannie Burton et al., appellants. Gen. No. 31,157.

Petition to construe will. Several payments on contingencies construed to pass to legatee as each contingency occurs. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 14, 1927.

A. F. Reichmann, for appellants. Kannally & Megan and Joseph D. Daly, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

Lena Klatz, defendant in error, v. Joseph Pfeffer, plaintiff in error. Gen. No. 31,225.

Action to recover for personal injuries from bite of dog. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed upon remittitur; otherwise reversed and remanded. Opinion filed March 14, 1927.

Wetten, Pegler & Dale and Frank J. Dowd, for plaintiff in error. Little, Gordon, Adams & King and Rothbart & Lewis, for defendant in error; Robert McCormick Adams, Edward I. Rothbart, Wharton Plummer and Dwight McKay, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Wade-Twichell Company, defendant in error, v. Andrins Jankoitis, plaintiff in error. Gen. No. 31,270.

Writ to review denial of motion to vacate judgment obtained on confession. Error to the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 14, 1927. Rehearing denied and supplemental opinion filed March 28, 1927.

Harold O. Mulks, for plaintiff in error. Warren B. Buckley, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Allie Wesson, plaintiff in error. Gen. No. 31,178.

Prosecution for assault with intent to kill. Conviction and sentence for assault with deadly weapon. Error to the Criminal Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 14, 1927.

Ellis & Westbrooks, Richard E. Westbrooks, Blaine G. Alston, William B. Bruce and Benjamin A. Browning, for plaintiff in error; Richard E. Westbrooks, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Clarence E. Nelson and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.